D. Mace, for appellants.

R. C. Gregory, for appellee.

———————◆———————

BRUCE v. THE STATE.

APPEAL from the Marion Circuit Court.

FRAZER, C. J.—This case presents exactly the same questions decided in Bowe v. The State, ante p. 415, and it must likewise be reversed.

The judgment is reversed, and the cause remanded for a new trial. The prisoner is ordered to be returned, &c.

GREGORY, J., dissented.

S. A. Colley and J. C. Bufflin, for appellant.

D. E. Williamson, Attorney General, for the State.